# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT,** | ) | |
| **OPPORTUNITY COMMISSION** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 1:20-cv-00234-RAH-CWB |
| **ARMY SUSTAINMENT LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JOINT NOTICE OF SETTLMENT
## AND REQUEST TO STAY ALL PENDING DEADLINES

On January 11, 2024, the parties in the above-styled case, the Equal Employment Opportunity Commission (EEOC) and Army Sustainment, LLC, reached a definitive settlement agreement to resolve all claims that were asserted or could have been asserted in this matter.

The Parties further state that the written settlement agreement has been finalized and it is now being circulated for execution by the Parties' representatives. The Parties anticipate that a dismissal with prejudice will be filed within the next sixty (60) days, although the Parties will endeavor to do so sooner if possible.

In the interim, the Parties hereby seek relief from all pending deadlines, including but not limited to all trial and pre-trial deadlines set forth in Doc. No. 225.

The Parties further advise the Court that the finalization and consummation of the above-described settlement (once the dismissal is filed) will fully resolve this lawsuit, and thereby moot all pending motions.

Respectfully submitted, this 12th day of January, 2024.

| | |
|---|---|
| */s/ Carl Chang* | */s/ Jeremy Tubb* |
| (*electronically signed by filing counsel with permission from Carl Chang*) | Jeremy Tubb, OBA #16739 |
| Carl M. Chang | Matthew S. Panach, OBA #22262 |
| Bryan A. Grayson | FULLER, TUBB BICKFORD |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | WARMINGTON & PANACH, PLLC |
| Birmingham District Office | 201 Robert S. Kerr Avenue, Suite 1000 |
| 1130 22nd Street South | Oklahoma City, OK 73102 |
| Birmingham, AL 35205 | Telephone: 405-235-2575 |
| 205-651-7020 | jeremy.tubb@fullertubb.com |
| 205-212-2105 (Fax) | panach@fullertubb.com |
| carl.chang@eeoc.gov | |
| bryan.grayson@eeoc.gov | Joseph J. Minus, Jr. MINUJ5518 |
| | Phelps Dunbar LLP |
| ATTORNEYS FOR PLAINTIFF | 101 Dauphin Street, Suite 1000 |
| | Mobile, Alabama 36602 |
| | P.O. Box 2727 |
| | Mobile, Alabama 36652 |
| | 251-432-4481 |
| | jay.minus@phelps.com |
| | |
| | ATTORNEYS FOR DEFENDANT |

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2024, I filed the foregoing with the Clerk of Court using the CM/ECF system which will electronically send notification of the filing to all attorneys of record.

                                                          */s/Jeremy Tubb*
                                                         Jeremy Tubb