IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 1:20-CV-234-RAH-CWB |
| ARMY SUSTAINMENT, LLC, | ) ) | |
| Defendant. | ) ) | |

## ORDER

Upon consideration of the parties' *Joint Stipulation of Dismissal* (doc. 235) filed on February 27, 2024, which comports with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is **ORDERED** that this action is **DISMISSED with prejudice** on the terms agreed to and set out by the parties.

All pending deadlines are terminated. The Clerk of the Court is **DIRECTED** to close the case.

**DONE** on this the 28th day of February 2024.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE

1